AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Luis Alexander, III | ) | Case No. |
| | ) | 5:26-mj-1032-PRL |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ January 21, 2026 _____ in the county of _____ Sumter _____ in the
_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 922(g)(1) | Possession of a Firearm Affecting Commerce by a Convicted Felon |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Caleb Turner, FBI
_____
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: _____ February 10, 2026 _____

_____
*Judge's signature*

City and state: _____ Ocala, Florida _____         Philip R. Lammens, U.S. Magistrate Judge
_____
*Printed name and title*

**STATE OF FLORIDA**                              **CASE NO. 5:26-mj-1032-PRL**

**COUNTY OF MARION**

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Caleb Dawson Turner, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.    I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7); that is, I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516.

2.    I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2022.  I am assigned to the Ocala Resident Agency of the Jacksonville Division of the FBI, where I am involved in a wide variety of investigative matters, including violations of federal law relating to criminal enterprises, gangs, violent crimes, and narcotics trafficking.  During my time as a Special Agent with the FBI, I have participated in drug, firearm, and gang investigations as the primary investigator or in a subsidiary role.  I am familiar with the procedures, activities, and investigative techniques associated with gang activities, drug trafficking, and firearms offenses.

## PROBABLE CAUSE

3.    On January 21, 2026, the Sumter County Sheriff's Office (SCSO) Special Investigations Squad, was investigating a wanted individual named Luis Alexander

(**ALEXANDER**). **ALEXANDER** had active state warrants out of Pasco County, Florida.

4.      Law enforcement officers received intelligence that **ALEXANDER** was staying at the Rodeway Inn located in Bushnell, Florida, within the Middle District of Florida. **ALEXANDER** was believed to be staying in Room 119.

5.      While conducting surveillance at the Rodeway Inn, SCSO deputies observed **ALEXANDER** in the parking lot of the hotel exiting a Blue Chevrolet Avalanche. SCSO deputies approached **ALEXANDER**, and he attempted to flee.

6.      SCSO Lieutenant L. Brown deployed his department issued taser and **ALEXANDER** was stopped and detained. A loaded firearm was located on **ALEXANDER's** person. The firearm is a Taurus 9mm handgun bearing serial number TLX84838. It was loaded with thirteen rounds of ammunition. On January 22, 2026, a verbal ATF nexus report was received from ATF Special Agent Dwayne Smith. SA Smith is trained to determine the manufacturing location of firearms. According to SA Smith, the Taurus 9mm handgun was manufactured outside the state of Florida. Having been recovered in the state of Florida, it has traveled in and affected interstate commerce.

7.      **ALEXANDER** is a convicted felon and has no right to possess firearms. Among others, he has the following prior felony convictions:

    a.  Trafficking in Amphetamine, on or about April 1,2021;

    b.  Felon in Possession of a Firearm, on or about April 1, 2021;

    c.  Fleeing and Eluding, on or about April 1, 2021;

    d.  Aggravated Assault on a Law Enforcement Officer/EMT, on or about April 1, 2021.

8.    **ALEXANDER** was sentenced to seven years and 6 months' imprisonment for the above crimes. He was released from prison on or about May 12, 2025. Therefore, at the time of the events described in this affidavit, Alexander knew he previously had been convicted of a felony offense.

## CONCLUSION

9.    Based on the foregoing, I believe there is probable cause that **ALEXANDER** committed a violation 18 U.S.C. § 922(g). Therefore, I respectfully request that the Court authorize the attached criminal complaint and issue an arrest warrant.

*Caleb Turner*
_____
Caleb Turner
Special Agent
Federal Bureau of Investigation

*Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this ___10th___ day of February 2026.*

_____
PHILIP R. LAMMENS
United States Magistrate Judge